UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANAMARI LAURENTZ, *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>ADVANCED RECOVERY EQUIPMENT AND SUPPLIES LLC,<br><br>Defendant. | Case No. 1:24-cv-07701 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Anamari Laurentz ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action as follows:

1. All claims of Plaintiff, individually, are dismissed without prejudice; and

2. All claims of any unnamed member of the proposed class are dismissed without prejudice.

Dated: November 22, 2024

Respectfully submitted,

By: */s/ Steven Sukert*
Steven Sukert (NY Bar # 5690532)
Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
Fax: (954) 525-4300
sukert@kolawyers.com
ostrow@kolawyers.com

*Counsel for Plaintiff and the Putative Class*

1

```
SO ORDERED.
The Clerk of Court is directed to mark this case CLOSED.

Dated: November 25, 2024                        /s/ JOANNA SEYBERT
Central Islip, New York             Hon. Joanna Seybert, U.S.D.J.
```